IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GLENDA S. JOYCE | § | |
| | § | |
| VS. | § | ACTION NO. 4:16-CV-689-Y |
| | § | |
| NANCY A. BERRYHILL, Acting | § | |
| Commissioner of Social Security | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On August 31, 2017, the United States magistrate judge issued his report and recommendation in the above-styled and numbered cause. In that report, the magistrate judge gave all parties fourteen days thereafter to serve and file with the Court written objections to his report and recommendation. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's report and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the report and recommendation of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner for further administrative proceedings consistent with the magistrate judge's opinion.

SIGNED September 20, 2017.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE